No. 83–932. TEXAS INTERNATIONAL AIRLINES, INC. *v.* NATIONAL AIRLINES, INC. C. A. 5th Cir. Motion of petitioners in No. 83–1111, *Heublein, Inc.* v. *General Cinema Corp.*, to consolidate with this petition denied. Certiorari denied.

No. 83–962. MEAT PRICE INVESTIGATORS ASSN. ET AL. *v.* SAFEWAY STORES, INC., ET AL. C. A. 5th Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 83–991. ALUMINUM COMPANY OF AMERICA ET AL. *v.* UTILITIES COMMISSION OF NORTH CAROLINA ET AL. C. A. 4th Cir. Certiorari denied. JUSTICE BRENNAN and JUSTICE WHITE would grant certiorari.

No. 83–1023. DATA PROBE ACQUISITION CORP. ET AL. *v.* DATATAB, INC., ET AL. C. A. 2d Cir. Certiorari denied. JUSTICE POWELL would grant certiorari.

No. 83–5874. WITHERS *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied. JUSTICE BRENNAN and JUSTICE MARSHALL would grant certiorari.